UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JARRETT R. LEZDEY,**

    **Appellant,**

v.                                    Case No. 8:05-cv-2237-T-30EAJ

**NATHAN M. TECHNOLOGIES
LIMITED PARTNERSHIP, et al.,**

    **Appellees.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Agreed Notice of Voluntary Dismissal of Appeal of Memorandum Opinion and Order on Motion to Dismiss (Dkt. #10). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2237.dismissal.frm